JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BETH BUSH, </br></br> Plaintiff </br></br> v. </br></br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, </br></br> Defendant. | Case No: 5:15-CV-00076-DTB </br></br> [~~PROPOSED~~] JUDGMENT |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: February 2, 2016

_____
THE HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

-1-